UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 1 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | |
|---|---|
| W. JOSS SANDERSON and RANDY BEHNER, <br> Plaintiffs, <br><br> v. <br><br> QEP MIDSTREAM PARTNERS, LP, et al, <br> Defendants. | CIV. NO. SA:15-CA-428-OLG <br><br> Con. Case: SA-15-CV-415-OG |

## DISMISSAL ORDER

Plaintiffs in the above-styled case have filed voluntary stipulations of dismissal against all Defendants in this case (*see* docket no. 25 and 26). The Court finds no reason this case should not be dismissed, and therefore GRANTS dismissal as requested. *See* FED. R. CIV. P. 41.

Accordingly, it is ORDERED that this case be DISMISSED WITHOUT PREJUDICE. This dismissal order disposes of all claims in this action. Costs of court and fees shall be borne by the party incurring them. Furthermore, any pending motions in this case, including docket no. 6 and 8, are hereby DENIED AS MOOT. The Clerk of the Court is instructed to close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 21 day of July, 2015.

_____
United States District Judge Orlando L. Garcia